BEFORE THE FIRST DIVISION, MAY 9, 1950

**No. 54316.**—The J. D. Richardson Company v. United States, protest 138202–K (Detroit).

454

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of rayon waste similar in all material respects to that the subject of *United States* v. *Royal Manufacturing Company* (37 C. C. P. A. 95, C. A. D. 425), the claim of the plaintiff was sustained.